**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                      Case No. **14-08398 BKT**

**GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN**          Chapter **13**
                                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/28/2014**                                  ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                                  Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **270.00** x **24** = $ **6,480.00**
$ **300.00** x **24** = $ **7,200.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **16,080.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **16,080.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ LUIS FRANCISCO GONZALEZ COLON**
           Debtor

           **/s/ MARILYN RODRIGUEZ RIOS**
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **LA FAMILIA PAWN**  Cr. _____  Cr. _____
# **LT CG0021326**       # _____    # _____
$ **2,500.00**           $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**1. DEBTORS WILL USE ALL FUTURE TAX REFUNDS TO FUND THE PLAN IN ADDITION TO THE PLAN'S MONTHLY PAYMENTS.**
**2. PRIORITY PAYMENT TO THE IRS IN THE AMOUNT OF $12,000.00.**
**3. PRIORITY PAYMENT TO THE PR DEPARTMENT OF TREASURY IN THE AMOUNT OF $2,960.54.**
**4. PRIORITY PAYMENT TO THE MUNICIPIO AUTONOMO DE CAGUAS IN THE AMOUNT OF $2,138.33.**

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**     Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN

IN RE **GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN**   Case No. **14-08398 BKT**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | MR MANUEL ALVAR/ | | |