UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

LUIS FRANCISCO GONZALEZ COLON
MARILYN RODRIGUEZ RIOS

XXX-XX-6209
XXX-XX-3857

    DEBTOR (S)

Case No. 14-08398-BKT

CHAPTER 13

**NOTICE OF CLOSING 341 CREDITORS MEETING
AFTER PROVIDING
EVIDENCE OF COMPLIANCE WITH 11 U.S.C. § 1308**

**TO THE HONORABLE COURT:**

  **NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and informs:

  1. The Section 341 Creditors Meeting in this case was held on **November 13, 2014.** After the relevant inquiry, the Trustee decided to hold the meeting open pending Debtor(s) remittance of evidence of applicable tax returns for all taxable periods during the 4-year period ending on the date of the filing of the petition, in compliance with 11 U.S.C. §1308.

  2. Through this notice the Trustee CLOSES the Section 341 meeting and certifies that debtor(s) provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. §1308.

**WHEREFORE,** for the reasons herein stated the Trustee respectfully informs this Honorable Court, all creditors and parties in interest of the **CLOSING of the 341.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, December 02, 2014.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE A LEON LANDRAU*<br>PO BOX 1687<br>CAGUAS, PR 00726-1687 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | LUIS FRANCISCO GONZALEZ COLON<br>AVE RAFAEL CORDERO<br>PMB 289200 SUITE 140<br>CAGUAS, PR 00725 |
| CRESCA CORPORATION<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936 | AT&T<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 |
| MUNICIPIO DE CAGUAS<br>DEPT DE FINANZAS<br>PO BOX 907<br>CAGUAS, PR 00726-0907 | CITIBANK<br>PO BOX 70301<br>SAN JUAN, PR 00936-8301 |
| US DEPARTMENT OF EDUCATION<br>CONSOLIDATION DEPARTMENT<br>PO BOX 242800<br>LOUISVILLE, KY 40224-2800 | SELF EMPLOYEER<br><br>, PR 00000 |
| BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| LIC PEDRO ORTIZ ALVAREZ<br>PO BOX 9009<br>PONCE, PR 00732 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| TOYOTA CREDIT DE PR<br>PO BOX 71410<br>AIBONITO, PR 00936-8510 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| JOSE A LEON LANDRAU*<br>PO BOX 1687<br>CAGUAS, PR 00726-1687 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| MUNICIPIO DE CAGUAS<br>ATT DIV DE NOM<br>PO BOX 907<br>CAGUAS, PR 00725 | DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR 00918-1454 |

```
FIRST BANK                              MRT LAW OFFICES PSC
CONSUMER SERVICE CENTER                 PO BOX 7255
BANKRUPTCY DIVISION (CODE 248)          CAGUAS, PR  00726-7255
PO BOX 9146
SAN JUAN, PR  00908-0146

BMW FINANCIAL SERVICES NA LLC           SAUL TORRES RIVERA
C/O MARIAN GARZA                        LCDO JAIME H BARCELO SOSA
ASCENSION CAPITAL GROUP INC             PO BOX 367546
PO BOX 201347                           SAN JUAN, PR  00936
ARLINTONG, TX  76006

EOS CCA                                 CAVALRY INVESTMENTS LLC ASSIGNEE OF SPRINT
PO BOX 981025                           PO BOX 27288
BOSTON, MA  02298-1025                  TEMPE, AZ  85282


BMW FINANCIAL SERVICES                  LA FAMILIA PAWN
BMW OF NORTH AMERICA LLC                URB PARADISE
300 CHESTNUT RIDGE ROAD                 CARR 189
WOODCLIFF LAKE, NJ  07677-7731          CAGUAS, PR  00725


SALLIE MAE                              SR EDWIN PAEZ HERNANDEZ
DEPARTMENT OF EDUCATION LOAN            LCDA DALIANA M RAMOS ROSADO
PO BOX 9635                             PO BOX 9011
WILKES- BARRE, PA  18773-9635           CAGUAS, PR  00726


LUIS FRANCISCO GONZALEZ COLON           MARIBEL APONTE COLON
AVE RAFAEL CORDERO                      BO CAMPANILLAS
PMB 289200 SUITE 140                    P 28 CALLE PANGOLA
CAGUAS, PR  00725                       TOA BAJA, PR  00949


MARILYN RODRIGUEZ RIOS                  JULIA A PRIMERO MIRANDA
                                        PO BOX 192762
,   00000                               SAN JUAN, PR  00919-2762


LCDA DALIANA M RAMOS ROSADO
VELAZQUEZ GRAU AND RUIZ FERNANDEZ
PO BOX 9011
CAGUAS, PR  00726


LCDA JOHANNY MARTINEZ BATISTA
PO BOX 816
BAYAMON, PR  00960-0816


LCDA JOSE V ELAZQUEZ GRAU
PO BOX 251
CAGUAS, PR  00726


MARIBEL LABOY PADILLA
MC 65 BOX 6481
PATILLAS, PR  00723


MR MANUEL ALVARADO
PMB 289200 AVE RAFAEL CORDERO
SUITE 140
CAGUAS, PR  00725
```

```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 14-08398-BKT |
|---|---|
| LUIS FRANCISCO GONZALEZ COLON | |
| MARILYN RODRIGUEZ RIOS | CHAPTER 13 |
| DEBTOR (S) | |

AFFIDAVIT FOR DEFAULT JUDGEMENT
PURSUANT TO SECTION 201(b)(4)
OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I , MARAYDA RIVERA , clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

In San Juan, Puerto Rico, December 02, 2014.

_____

Department of Defense Manpower Data Center

Results as of : Dec-01-2014 11:14:32 AM

SCRA 3.0



## Status Report
## Pursuant to Servicemembers Civil Relief Act

**Last Name:** GONZALEZ COLON
**First Name:** LUIS FRANCISCO
**Middle Name:**
**Active Duty Status As Of:** Dec-01-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: R01BF410N123DA0

Department of Defense Manpower Data Center

Results as of : Dec-01-2014 11:14:34 AM

SCRA 3.0



## Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: RODRIGUEZ RIOS
First Name: MARILYN
Middle Name:
Active Duty Status As Of: Dec-01-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: P0GB04C05123OA0

14-08398-BKT                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR  00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR  00901 |
| JOSE A LEON LANDRAU*<br>PO BOX 1687<br>CAGUAS, PR  00726-1687 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR  00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUIS FRANCISCO GONZALEZ COLON<br>AVE RAFAEL CORDERO<br>PMB 289200 SUITE 140<br>CAGUAS, PR  00725 |
| AT&T<br>PO BOX 15067<br>SAN JUAN, PR  00902-8567 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR  00936-2589 |
| BMW FINANCIAL SERVICES<br>BMW OF NORTH AMERICA LLC<br>300 CHESTNUT RIDGE ROAD<br>WOODCLIFF LAKE, NJ  07677-7731 | BMW FINANCIAL SERVICES NA LLC<br>C/O MARIAN GARZA<br>ASCENSION CAPITAL GROUP INC<br>PO BOX 201347 |
| CAVALRY INVESTMENTS LLC ASSIGNEE OF SPRINT<br>PO BOX 27288<br>TEMPE, AZ  85282 | CITIBANK<br>PO BOX 70301<br>SAN JUAN, PR  00936-8301 |
| CRESCA CORPORATION<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR  00936 | DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN, PR  00918-1454 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR  00902 | EOS CCA<br>PO BOX 981025<br>BOSTON, MA  02298-1025 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 | INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | JULIA A PRIMERO MIRANDA<br>PO BOX 192762<br>SAN JUAN, PR  00919-2762 |
| LA FAMILIA PAWN<br>URB PARADISE<br>CARR 189<br>CAGUAS, PR  00725 | LCDA DALIANA M RAMOS ROSADO<br>VELAZQUEZ GRAU AND RUIZ FERNANDEZ<br>PO BOX 9011<br>CAGUAS, PR  00726 |

| | |
|---|---|
| LCDA JOHANNY MARTINEZ BATISTA<br>PO BOX 816<br>BAYAMON, PR  00960-0816 | LCDA JOSE V ELAZQUEZ GRAU<br>PO BOX 251<br>CAGUAS, PR  00726 |
| LIC PEDRO ORTIZ ALVAREZ<br>PO BOX 9009<br>PONCE, PR  00732 | MARIBEL APONTE COLON<br>BO CAMPANILLAS<br>P 28 CALLE PANGOLA<br>TOA BAJA, PR  00949 |
| MARIBEL LABOY PADILLA<br>MC 65 BOX 6481<br>PATILLAS, PR  00723 | MR MANUEL ALVARADO<br>PMB 289200 AVE RAFAEL CORDERO<br>SUITE 140<br>CAGUAS, PR  00725 |
| MRT LAW OFFICES PSC<br>PO BOX 7255<br>CAGUAS, PR  00726-7255 | MUNICIPIO DE CAGUAS<br>ATT DIV DE NOM<br>PO BOX 907<br>CAGUAS, PR  00725 |
| MUNICIPIO DE CAGUAS<br>DEPT DE FINANZAS<br>PO BOX 907<br>CAGUAS, PR  00726-0907 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>120 CORPORATE BLVD<br>NORFOLK, VA  23502 |
| SALLIE MAE<br>DEPARTMENT OF EDUCATION LOAN<br>PO BOX 9635<br>WILKES- BARRE, PA  18773-9635 | SAUL TORRES RIVERA<br>LCDO JAIME H BARCELO SOSA<br>PO BOX 367546<br>SAN JUAN, PR  00936 |
| SELF EMPLOYEER<br>, PR  00000 | SR EDWIN PAEZ HERNANDEZ<br>LCDA DALIANA M RAMOS ROSADO<br>PO BOX 9011<br>CAGUAS, PR  00726 |
| TOYOTA CREDIT DE PR<br>PO BOX 71410<br>AIBONITO, PR  00936-8510 | US DEPARTMENT OF EDUCATION<br>CONSOLIDATION DEPARTMENT<br>PO BOX 242800<br>LOUISVILLE, KY  40224-2800 |

DATED:  December 02, 2014

MARAYDA RIVERA

OFFICE OF THE CHAPTER 13 TRUSTEE