IN THE UNITED STATES BANKRUPTCY COURT
FOR THE JUDICIAL DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO GONZALEZ COLON
MARILYN RODRIGUEZ RIOS

DEBTOR(S)

CASE NO.: 14-08398 BKT

CHAPTER 13

### AMENDED STATEMENT INFORMING AMENDED SCHEDULES F

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

1. Debtors are filing an Amended Schedule F in compliance with request made in the 341 meeting minutes.

2. Debtors are filing Amended Schedule F inform the following:

   a. Judgment in the amount of $9,000.00.
   b. Eliminate creditor Lcda. Daliana M Ramos Rosado and included her as an assignee for Sr. Edwin Paez Hernandez.

WE hereby certify that the information in the amended document is correct and the purpose of the amendment is to clarify the changed information.

/s/ LUIS F GONZALEZ COLON
/s/ MARILYN RODRIGUEZ RIOS

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 3rd day of December 2014.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/S/ JOSÉ A. LEÓN LANDRAU, ESQ.

JOSÉ A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)

P.O. Box 1687
Caguas, Puerto Rico 00626
Phone : (787) 746-7979
Fax : (787) 744-4544

B6F (Official Form 6F) (12/07)

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN      Case No. **14-08398 BKT**
                                          Debtor(s)                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1094**<br>AT&T<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | | J | UTILITY COMPANY | | | | 360.00 |
| ACCOUNT NO.<br>EOS CCA<br>PO BOX 981025<br>BOSTON, MA 02298-1025 | | | Assignee or other notification for:<br>AT&T | | | | |
| ACCOUNT NO. **9539**<br>CITIBANK<br>PO BOX 70301<br>SAN JUAN, PR 00936-8301 | | J | CREDIT CARD | | | | 2,506.09 |
| ACCOUNT NO.<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 | | | Assignee or other notification for:<br>CITIBANK | | | | |

___3___ continuation sheets attached

Subtotal (Total of this page) $ **2,866.09**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN         Case No. 14-08398 BKT
                                                   Debtor(s)                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5304 <br> FIRST BANK <br> PO BOX 9146 <br> SAN JUAN, PR 00908-0146 | | J | AUTO LOAN DEFICIENCY | | | | 11,500.00 |
| ACCOUNT NO. <br> CRESCA CORPORATION <br> PMB 92 <br> PO BOX 71325 <br> SAN JUAN, PR 00936 | | | Assignee or other notification for: <br> FIRST BANK | | | | |
| ACCOUNT NO. 4910 <br> FIRST BANK <br> PO BOX 9146 <br> SAN JUAN, PR 00908-0146 | | J | CREDIT CARD | | | | 480.24 |
| ACCOUNT NO. <br> A AND J COLLECTION AGENCY INC <br> PO BOX 1010 <br> CAMUY, PR 00627 | | | Assignee or other notification for: <br> FIRST BANK | | | | |
| ACCOUNT NO. 1012 <br> JULIA ANNABEL PRIMERO MIRANDA <br> LCDO EFRAIN GUZAM MOLLET <br> EL VEDADO 471-A ALTOS AVE HOSTOS <br> SAN JUAN, PR 00918 | | J | TORT | | | | 10,000.00 |
| ACCOUNT NO. 1012 <br> LCDA JOHANNY MARTINEZ BATISTA <br> PO BOX 816 <br> BAYAMON, PR 00960-0816 | | J | SERVICES | | | | 543.75 |
| ACCOUNT NO. 0104 <br> LCDA JOSE V ELAZQUEZ GRAU <br> PO BOX 251 <br> CAGUAS, PR 00726 | | J | | | | | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 22,523.99

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN    Case No. 14-08398 BKT
Debtor(s)    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LCDO PEDRO ORTIZ ALVAREZ LLC<br>PO BOX 9009<br>PONCE, PR 00732-9009 | | J | SERVICES | | | | 9,091.80 |
| ACCOUNT NO. 1300<br>MARIBEL LABOY PADILLA<br>MC 65 BOX 6481<br>PATILLAS, PR 00723 | | J | CLAIMS TORT | | | | 5,050.00 |
| ACCOUNT NO. 5<br>MRT LAW OFFICES PSC<br>PO BOX 7255<br>CAGUAS, PR 00726-7255 | | J | SERVICES | | | | 803.42 |
| ACCOUNT NO. 1201<br>SALLIE MAE<br>DEPARTMENT OF EDUCATION LOAN<br>PO BOX 9635<br>WILKES- BARRE, PA 18773-9635 | | J | STUDENT LOAN | | | | 42,500.00 |
| ACCOUNT NO.<br>US DEPARTMENT OF EDUCATION<br>CONSOLIDATION DEPARTMENT<br>PO BOX 242800<br>LOUISVILLE, KY 40224-2800 | | | Assignee or other notification for:<br>SALLIE MAE | | | | |
| ACCOUNT NO. 4731<br>SANTANDER<br>BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | | J | LOAN | | | | 14,000.00 |
| ACCOUNT NO. 0103<br>SAUL TORRES RIVERA<br>LCDO JAIME H BARCELO SOSA<br>PO BOX 367546<br>SAN JUAN, PR 00936 | | J | TORT | | | | 4,000.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 75,445.22

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN            Case No. **14-08398 BKT**
                                        Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0104<br>SR EDWIN PAEZ HERNANDEZ<br>LCDA DALIANA M RAMOS ROSADO<br>PO BOX 9011<br>CAGUAS, PR 00726 | | J | JUDGEMENT | | | | 9,000.00 |
| ACCOUNT NO.<br>LCDA DALIANA M RAMOS ROSADO<br>VELAZQUEZ GRAU AND RUIZ FERNANDEZ<br>PO BOX 9011<br>CAGUAS, PR 00726 | | | Assignee or other notification for:<br>SR EDWIN PAEZ HERNANDEZ | | | | |
| ACCOUNT NO. 0001<br>TOYOTA<br>TOYOTA CREDIT DE PR CORP<br>PO BOX 71410<br>SAN JUAN, PR 00936-8510 | | J | AUTO LOAN DEFICIENCY | | | | 1,177.00 |
| ACCOUNT NO. 001F<br>TOYOTA<br>TOYOTA CREDIT DE PR CORP<br>PO BOX 71410<br>SAN JUAN, PR 00936-8510 | | J | AUTO LOAN | | | | 23,700.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **33,877.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **134,712.30**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN     Case No. **14-08398 BKT**
Debtor(s)                                       (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 3, 2014**      Signature: **/s/ LUIS FRANCISCO GONZALEZ COLON**
                                             **LUIS FRANCISCO GONZALEZ COLON**       Debtor

Date: **December 3, 2014**      Signature: **/s/ MARILYN  RODRIGUEZ RIOS**
                                             **MARILYN  RODRIGUEZ RIOS**       (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                             _____
                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only