# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **14-08398 BKT**

**GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **12/03/2014**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ | |
|---|---|---|---|
| 200.00 | 12 | 2,400.00 | |
| 270.00 | 12 | 3,240.00 | |
| 495.00 | 36 | 17,820.00 | |
| | | | |
| 0 | | | |

TOTAL: $ **23,460.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **23,460.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ LUIS FRANCISCO GONZALEZ COLON**
Debtor

**/s/ MARILYN RODRIGUEZ RIOS**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **LA FAMILIA PAWN** Cr. _____ Cr. _____
# **LT CG0021326** # _____ # _____
$ **2,500.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
1. DEBTORS WILL USE ALL FUTURE TAX REFUNDS TO FUND THE PLAN IN ADDITION TO THE PLAN'S MONTHLY PAYMENTS.
2. PRIORITY PAYMENT TO THE IRS IN THE AMOUNT OF $12,000.00.
3. PRIORITY PAYMENT TO THE PR DEPARTMENT OF TREASURY IN THE AMOUNT OF $2,960.54.
4. PRIORITY PAYMENT TO THE MUNICIPIO AUTONOMO DE CAGUAS IN THE AMOUNT OF $2,138.33.
5. EASTERN AMERICA AUTO INSURANCE PAYMENTS COMMENCING ON JUNE 2015 (LA FAMILIA PAWN).

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU** Phone: **(787) 746-7979**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN　　Case No. **14-08398 BKT**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | CWA INC<br>DRA LESLIE COLON<br>LCDA JANET I NIEVE<br>LCDA LORRAINE T M<br>MR MANUEL ALVAR/ | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only