IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO GONZALEZ COLON
MARILYN RODRIGUEZ RIOS

DEBTOR(S)

CASE NO. 14-08398 BKT

CHAPTER 13

REPLY TO TRUSTEE'S UNFAVORABLE REPORT ON CONFIRMATION

TO THE HONORABLE COURT:

Come debtors represented by the undersigned attorney and most respectfully EXPOSE and PRAY:

1. Trustee filed an unfavorable report on confirmation with respect to the amended Chapter 13 plan dated December 3rd, 2014. See docket no. 33.

2. Debtor has mailed the Chapter 13 Plan payment corresponding to the current month of December 2014. See evidence attached to this motion.

3. Debtors have submitted through TEDFA post-petition DSO payment evidence. Debtors are attaching to this motion aforementioned evidence. The DSO payment corresponding to the current month of December 2014 is not due yet. Debtors will present evidence of the aforementioned payment in or before the payment's due date.

4. Debtors have submitted through TEDFA the last annual statement for Pitsa Corp. Debtors are attaching to this motion the last annual statement filed on behalf of Pitsa Corp.

5. Debtors filed an Amended Chapter 13 Statement of Current Monthly Income (see docket no. 23). On the aforementioned amendment, the rent income was included. Please see Chapter 13 SCMI Official Form 22C-1, item no. 6.

6. Debtors have submitted through TEDFA contract held with creditor La Familia Pawn. Debtors are attaching to this motion aforementioned contract.

WHEREFORE, debtors respectfully request from this Honorable Court to grant this motion.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 12th day of December 2014.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

*/s/ JOSE A. LEON LANDRAU, ESQ.*

JOSE A. LEON LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax   : (787) 744r-4544



11/Nov/o/14

El Sr. Luis Gonzalez Colón me pagó la pensión de Ayg. su mes de oct. de 2014. Recibido por Maribel Aponte. La Cantidad de 530.00

Maribel

11/12/14

El Sr. Luis Gonzalez Colón me realizó el deposito de pensión de nuestro hijo Ryan Gonzalez del mes de Noviembre 2014, por la cantidad de 230.00 El deposito fue directo a mi cuenta de Banco.



Estado Libre Asociado de Puerto Rico
Departamento de Estado

Fecha Transacción: 11-jun-2014
Núm. Registro: 40545
Núm. Recibo: 769234

# Estado Libre Asociado de Puerto Rico
## Departamento de Estado
### INFORME ANUAL 2013

### Información General

| | |
|---|---|
| Núm. Registro | **40545** |
| Nombre | **(PITSA) PROGRAMA PARA LA INTERVENCION TEMPRANA EN LA SEXUALIDAD DE ADOLESCENTES Y ADULTOS CORP.** |
| Fecha Inscripción | **14-oct-2002** |
| Jurisdicción | **Doméstica** |
| Naturaleza Servicios | **Servicios de Salud** |
| Forma Organización | **Organización Profesional** |

Clase **Corporación**
Tipo **Sin Fines de Lucro**

### Persona Autorizada

| | |
|---|---|
| Nombre | **GONZALEZ COLON, LUIS** |
| Dirección | **PMB 289 200 AVE RAFAEL CORDERO SUITE 140 CAGUAS PR 00725** |
| Teléfono | **(787) 648-7171** |
| Correo Electrónico | **alonso3515@yahoo.com** |

### Dirección Oficina Designada

| | |
|---|---|
| Dirección Física | **Condado Moderno, Calle 1 A-10, Caguas, PR, 00725** |
| Dirección Postal | **Condado Moderno, Calle 1 A-10, Caguas, PR, 00725** |
| Teléfono | **(787) 648-7171** |

### Agente Residente

| | |
|---|---|
| Nombre | **GONZALEZ COLON, LUIS F** |
| Dirección Física | **CONDADO MODERNO C/1 A 10, CAGUAS, PR, 00725** |
| Dirección Postal | **CONDADO MODERNO C/1 A 10, CAGUAS, PR, 00725** |
| Correo Electrónico | **laaccountants01@gmail.com** |
| Teléfono | **(787) 746-4252** |

### Oficiales

| Nombre | Posición | Direcciones | Fecha |
|---|---|---|---|
| GONZALEZ COLON, LUIS | Presidente, Secretario(a) | PMB 289 200 AVE RAFAEL CORDERO SUITE 140 CAGUAS PR 00725<br>PMB 289 200 AVE RAFAEL CORDERO SUITE 140 CAGUAS PR | Indefinido |

Version 1 de Documento, Creado en 11-jun-2014 06:58 p.m.

| | | | |
|---|---|---|---|
| RODRIGUEZ, MARILYN | Vice presidente, Tesorero(a) | 00725<br>200 AVE. RAFAEL CORDERO SUITE 140 PMB 289 CAGUAS PR 00725<br>200 AVE. RAFAEL CORDERO SUITE 140 PMB 289 CAGUAS PR 00725 | Indefinido |

### Estado Financiero

Volumen Negocios — **No excede los tres millones de dólares**
Detalles provistos en Estado de Situación

### CERTIFICACIÓN JURADA

EN TESTIMONIO DE LO CUAL, LUIS GONZALEZ COLON (Presidente, Secretario(a)), MARILYN RODRIGUEZ (Vice presidente, Tesorero(a)) declaramos que la información contenida en este Informe Anual es correcta. Hoy, 11 de junio de 2014.

**FORMA DE TRANSACCION PUERTO RICO**

PAWNBROKER / CREDITOR
La Familia Pawn
CARR. #189 KM 0.2 URB. PARADISE
CAGUAS, PR 00725
(787)337-7623

FECHA DE TRANSACCION: 09/30/2014
CONTROL #: LT-CG10021326
DPTO. #: ____
HORA: 2:21PM
FECHA DE VENCIMIENTO: 10/30/2014

TIPO DE TRANSACCIÓN: ☐ Compra/TRADE  ☐ CONSIGNACION  ☒ Empeño

**PRENDADOR / VENDEDOR**

NOMBRE (Apellido): GONZALEZ COLON, LUIS F (Nombre) (Inicial)
FECHA DE NACIMIENTO: 4/2/1975
SEXO (M/F): M
RAZA: H

DIRECCIÓN RESIDENCIAL: CONDADO MODERNO CALLE 1 A-10, Caguas, 00725 Puerto Rico
TEL. CASA: (787)620-0000

LUGAR DE empleo: SELF
TEL. TRABAJO:

LIC. # / OFICIAL FOTO I.D. #: 2535392
TIPO: DL
AGENCIA: PUERTO
ESTADO:
ESTATURA: 6'0"
PESO: 232
OJOS: BRN
CABELLO: BLD
MARCAS:

W. BLANCO / B. NEGRO / I. INDIO AMERICANO / A. ASIA/ORIENTAL / H. HISPÁNICAS

**CODIGOS** (reference tables for TIPOS, ACCIÓN, ACABADO, TIPO, METAL, GENEROS, ESTILO, FORMAS DE PIEDRAS, COLOR DE PIEDRA)

UD. ESTÁ DANDO LOS SIGUIENTES ARTÍCULOS COMO COLATERAL

**ARTÍCULO 1**
NUMERO DE SERIE: wbaam3331xca80904
# APLICADO POR EL PROPIETARIO: sctl3004
TIPO DE ARTICULO: Car
MARCA: BMW
MODELO: 328IS
DESCRIPCION DE ARTICULO: BMW CAR 328IS sctl3004
METAL KT: 0
CANTIDAD: $1,500.00

**ARTÍCULO 2-6**: (empty)

CANTIDAD FINANCIADA: $1,500.00
CARGO DE FINANCIAMIENTO: $200.00
TOTAL DE PAGOS: $1,700.00 (approx)
TASA DE INTERES ANUAL: 162.22%
FECHA DE PAGO: 10/30/2014

Fecha de vencimiento por falta de pago: 11/29/2014
Importe necesario para canjear la propiedad prendada después de fecha de vencimiento: $1,900.00

COMPRA / TRADE: $

EMPLOYEE'S INITIALS OR NUMBER: 1324

EFFECTIVE JUNE 1, 1997

Consulte su contrato para cualquier información adicional sobre reembolsos de pagos predeterminado y prepago o sanciones.

FECHA DE PAGO: Total de pagos está previsto en fecha de pago anterior.

Todos los derechos de FFI Holdings Puerto Rico, Inc. T/C/C LaFamilia Casa de Empeño según, o en relación a, este contrato estan sujeto al gravamen mobiliario constituido a favor de FCC, LLC, T/C/C First Capital, y cualquier venta o cesión de este contrato por FFI Holdings Puerto Rico, Inc. T/C/C La Familia Casa de Empeño violará los derechos de FCC, LLC, T/C/C First Capital.
El Prendador/vendedor representa y garantiza que la propiedad promesa/vende no es robada, alquilada o Arrendada y que no tienen embargos ni gravámenes contra ellos. Prendador/vendedor también da testimonio de ser el propietario de la propiedad empeñada, que Prendador/vendedor tiene el derecho a la promesa/venta de la propiedad. Prendador/vendedor da testimonio de que el Prendador/vendedor no está en quiebra voluntaria o involuntaria de cualquier tipo y es por lo menos 18 años de edad.
Yo, el Prendador/vendedor, Reconozco a todos los términos y condiciones explicadas en la página anterior y posterior y acepta recibo de una copia de este documento.
También Afirmo, bajo pena de perjurio, que he leído el documento anterior y los hechos mencionados anteriormente son verdaderos.

ATENCIÓN: ver página al reverso

X _____ PRENDADOR/VENDEDOR

Pulgar derecho impresión de Prendador/vendedor

DPTO. # / CONTROL #