IN THE UNITED STATES BANKRUPTCY COURT
FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>LUIS FRANCISCO GONZALEZ COLON<br>MARILYN RODRIGUEZ RIOS<br><br>DEBTOR(S) | CASE NO.: 14-08398 BKT<br><br>CHAPTER 13 |

## AMENDED STATEMENT INFORMING AMENDED SCHEDULE I AND J

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

1. Debtors are filing an Amended Schedule I to inform his current household income.

2. Debtors are filing an Amended Schedule J to list all current business and household expenses.

WE hereby certify that the information in the amended document is correct and the purpose of the amendment is to clarify the changed information.

/s/ LUIS FRANCISCO GONZALEZ COLON
/s/ MARILYN RODRIGUEZ RIOS

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 3rd day of March 2015.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/S/ JOSÉ A. LEÓN LANDRAU, ESQ.

JOSÉ A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
P.O. Box 1687
Caguas, Puerto Rico 00626
Phone : (787) 746-7979
Fax : (787) 961-9348

**Fill in this information to identify your case:**

Debtor 1: LUIS FRANCISCO GONZALEZ COLON
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): MARILYN RODRIGUEZ RIOS
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number (If known): 14-08398 BKT

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
   | Occupation | PROFESIONAL COUNSELOR | ADMINISTRATIVE ASSISTANT |
   | Employer's name | SELF EMPLOYED | MUNICIPIO AUTONOMO DE CAGUA |
   | Employer's address | PMB 289 SUITE 140<br>Number Street | Number Street |
   | | CAGUAS PR 00726<br>City State ZIP Code | CAGUAS PR<br>City State ZIP Code |
   | How long employed there? | 11 YEARS | CONTRACT |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $ 0.00 | $ 1,677.00 |
| 3. | Estimate and list monthly overtime pay. 3. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. 4. | $ 0.00 | $ 1,677.00 |

Official Form 6I          Schedule I: Your Income          page 1

Debtor 1 **LUIS FRANCISCO GONZALEZ COLON**
First Name  Middle Name  Last Name

Case number (if known) **14-08398 BKT**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ......................................................................................→ 4. | $ 0.00 | $ 1,677.00 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | +$ 0.00 | +$ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. 6. $ 0.00  $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ 0.00  $ 1,677.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.
8a. $ 1,588.00  $ 0.00

8b. **Interest and dividends**  8b. $ 0.00  $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.
8c. $ 0.00  $ 0.00

8d. **Unemployment compensation**  8d. $ 0.00  $ 0.00

8e. **Social Security**  8e. $ 0.00  $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____
8f. $ 0.00  $ 0.00

8g. **Pension or retirement income**  8g. $ 0.00  $ 0.00

8h. **Other monthly income.** Specify: _____  8h. +$ 0.00  +$ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. $ 1,588.00  $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 1,588.00 + $ 1,677.00 = $ 3,265.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies  12. $ 3,265.00
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: None

Official Form 6I  Schedule I: Your Income  page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | LUIS FRANCISCO GONZALEZ COLON | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | MARILYN RODRIGUEZ RIOS | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Puerto Rico

Case number  14-08398 BKT
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?    ☐ No
   Do not list Debtor 1 and    ☑ Yes. Fill out this information for each dependent.....................
   Debtor 2.

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 16 | ☐ No ☑ Yes |
   | Son | 12 | ☐ No ☑ Yes |
   | Daughter | 7 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?    ☑ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $  300.00

   If not included in line 4:

   4a. Real estate taxes    4a. $  0.00
   4b. Property, homeowner's, or renter's insurance    4b. $  0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $  50.00
   4d. Homeowner's association or condominium dues    4d. $  0.00

Official Form 6J                    Schedule J: Your Expenses                    page 1

Debtor 1 __LUIS FRANCISCO GONZALEZ COLON__
First Name    Middle Name    Last Name

Case number (if known) __14-08398 BKT__

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ __0.00__

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a.    $ __140.00__
   - 6b. Water, sewer, garbage collection    6b.    $ __21.00__
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c.    $ __0.00__
   - 6d. Other. Specify: __MOBILE__    6d.    $ __303.00__

7. **Food and housekeeping supplies**    7.    $ __570.00__

8. **Childcare and children's education costs**    8.    $ __200.00__

9. **Clothing, laundry, and dry cleaning**    9.    $ __100.00__

10. **Personal care products and services**    10.    $ __60.00__

11. **Medical and dental expenses**    11.    $ __60.00__

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.    $ __250.00__

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ __75.00__

14. **Charitable contributions and religious donations**    14.    $ __20.00__

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a.    $ __0.00__
    - 15b. Health insurance    15b.    $ __309.00__
    - 15c. Vehicle insurance    15c.    $ __0.00__
    - 15d. Other insurance. Specify:_____    15d.    $ __0.00__

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: __TAXES__    16.    $ __200.00__

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a.    $ __0.00__
    - 17b. Car payments for Vehicle 2    17b.    $ __0.00__
    - 17c. Other. Specify:_____    17c.    $ __0.00__
    - 17d. Other. Specify:_____    17d.    $ __0.00__

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**    18.    $ __232.00__

19. **Other payments you make to support others who do not live with you.**
    Specify:_____    19.    $ __0.00__

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a.    $ __0.00__
    - 20b. Real estate taxes    20b.    $ __0.00__
    - 20c. Property, homeowner's, or renter's insurance    20c.    $ __0.00__
    - 20d. Maintenance, repair, and upkeep expenses    20d.    $ __0.00__
    - 20e. Homeowner's association or condominium dues    20e.    $ __0.00__

Official Form 6J      Schedule J: Your Expenses      page 2

Debtor 1 **LUIS FRANCISCO GONZALEZ COLON**
First Name   Middle Name   Last Name

Case number (if known) **14-08398 BKT**

21. Other. Specify: **See Schedule Attached**　　　　　　　　21. +$ 90.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.　　　　　　　　　　22. $ 2,980.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.　　23a. $ 3,265.00

    23b. Copy your monthly expenses from line 22 above.　　　　23b. −$ 2,980.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.　　　　　　　23c. $ 285.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.　**None**

Case:14-08398-BKT13 Doc#:41 Filed:03/03/15 Entered:03/03/15 15:46:38 Desc: Main
Document Page 6 of 8

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN    Case No. 14-08398 BKT
Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses (DEBTOR)
**GAS** 10.00
**VEHICLE MAINTENANCE** 80.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN     Case No. 14-08398 BKT
                                    Debtor(s)                                        (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 3, 2015**          Signature: **/s/ LUIS FRANCISCO GONZALEZ COLON**
                                            **LUIS FRANCISCO GONZALEZ COLON**                    Debtor

Date: **March 3, 2015**          Signature: **/s/ MARILYN RODRIGUEZ RIOS**
                                            **MARILYN RODRIGUEZ RIOS**                    (Joint Debtor, if any)
                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.