IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EVELIO DROZ RAMOS

AUREA ESTHER FRANCO DE DIAZ

XXX-XX-9253

XXX-XX-2529

Debtor(s)

CASE NO. 14-08190 ESL

Chapter 13

**FILED & ENTERED ON 9/17/2015**

### ORDER

The objection to claims (docket #45) is denied without prejudice. The debtor failed to give notice by mail to the creditor as required by the interplay of Fed. R. Bankr. P. 3007(a), 2002(g)(1)(A), 9014(b) and 7004. Service to the email in the proof of claim is not a substitute for the requirement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of September, 2015.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge