# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **LUIS FRANCISCO GONZALEZ COLON**<br>**MARILYN RODRIGUEZ RIOS**<br>Debtor(s) | CASE NO: **14-08398-BKT**<br><br>Chapter 13 |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **JOSE A LEON LANDRAU\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$0.00**     Outstanding (Through the Plan): **$3,000.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are)  ☐ Under   ☑ Above Median Income         Liquidation Value: $**$0.00**

Commitment Period is    ☐ 36 months   ☑ 60 months §1325(b)(1)(B)     General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Apr 08, 2015 (Dkt 47)     Plan Base: **$21,295.00**

The Trustee:   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: **2.2 %**

---

**\*OTHER COMMENTS / OBJECTIONS**

NONE

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: May 27, 2015

/s/ Juliel Perez, Esq.

---

Last Dkt.: 54
Last Claim: 16