IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO GONZALEZ COLON
MARILYN RODRIGUEZ RIOS

DEBTOR(S)

CASE NO. 14-08398 BKT

CHAPTER 7

## MOTION REQUESTING 341 MEETING BY INTERROGATORIES

TO THE HONORABLE COURT:

Comes debtor(s) represented by the undersigned attorney and most respectfully **EXPOSE(S)** and **PRAY(S)**:

1. Debtor(s) filed a bankruptcy case under Chapter 13 on October 10, 2014. The case was converted to Chapter 7 on March 7, 2018.

2. The 341 Meeting of Creditors continuance is being scheduled for May 31, 2018. Due to the passing of Hurricane María debtor(s) are not within the territory of Puerto Rico.

3. As a result of the foregoing, debtor(s) respectfully request from this Honorable Court, that the examination of debtor(s) be practiced via interrogatories.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the aforementioned and grant this motion.

*NOTICE:* Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 7th day of May 2018.

NOTICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/S/ JOSÉ Á. LEÓN LANDRAU

JOSÉ Á. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, Puerto Rico 00726
Phone: 787-746-7979
Fax    : 787-961-9348

```
Label Matrix for local noticing      BMW FINANCIAL SERVICES NA LLC        FIRSTBANK PUERTO RICO
0104-3                               ASCENSION CAPITAL GROUP INC          PO BOX 9146
Case 14-08398-BKT7                   PO BOX 201347                        SAN JUAN, PR 00908-0146
District of Puerto Rico              ARLINGTON, TX 76006-1347
Old San Juan
Mon May  7 13:15:31 AST 2018

(p)JEFFERSON CAPITAL SYSTEMS LLC     UNITED STATES TRUSTEE                US Bankruptcy Court District of P.R.
PO BOX 7999                          500 TANCA ST STE 301                 Jose V Toledo Fed Bldg & US Courthouse
SAINT CLOUD MN 56302-7999            SAN JUAN, PR 00901-1922              300 Recinto Sur Street, Room 109
                                                                          San Juan, PR 00901-1964


AT&T                                 BANKRUPTCY SERVICER FOR BMW          BMW FINANCIAL SERVICES
PO BOX 15067                         FINANCIAL SERVICES NA LLC            BMW OF NORTH AMERICA LLC
SAN JUAN, PR  00902-8567             ASCENSION CAPITOL GROUP              300 CHESTNUT RIDGE ROAD
                                     PO BOX 201347                        WOODCLIFF LAKE, NJ  07677-7731
                                     ARLINGTON TX 76006-1347

(p)BMW FINANCIAL SERVICES            CITIBANK                             CRESCA CORPORATION
CUSTOMER SERVICE CENTER              PO BOX 70301                         PMB 92
PO BOX 3608                          SAN JUAN, PR  00936-8301             PO BOX 71325
DUBLIN OH 43016-0306                                                      SAN JUAN, PR 00936-8425


Cavalry Investments, LLC             EASTERN AMERICA INSURANCE CO         EOS CCA
500 Summit Lake Drive, Ste 400       PO BOX 9023862                       PO BOX 981025
Valhalla, NY 10595-1340              SAN JUAN PR 00902-3862               BOSTON, MA  02298-1025



FIRST BANK                           FIRST BANK                           HACIENDA
CONSUMER SERVICE CENTER              PO BOX 9146                          DEPARTAMENTO DE HACIENDA
BANKRUPTCY  DIVISION-(CODE 248)      SAN JUAN, PR  00908-0146             PO BOX 9024140
PO BOX 9146,SAN JUAN, PR 00908-0146                                       SAN JUAN, PR 00902-4140


IRS                                  JULIA A PRIMERO MIRANDA              JULIA ANNABEL PRIMERO MIRANDA
INTERNAL REVENUE SERVICES            PO BOX 192762                        LCDO EFRAIN GUZAM MOLLET
PO BOX 7346                          SAN JUAN PR 00919 2762               EL VEDADO 471-A ALTOS AVE HOSTOS
PHILADELPHIA, PA  19101-7346                                              SAN JUAN, PR  00918


LA FAMILIA PAWN                      LCDA DALIANA M RAMOS ROSADO          LCDA JOHANNY MARTINEZ BATISTA
LA FAMILIA CAGUAS I                  VELAZQUEZ GRAU AND RUIZ FERNANDEZ    PO BOX 816
CALLE LOPEZ FLORES NO 9              PO BOX 9011                          BAYAMON, PR  00960-0816
CAGUAS PR 00725                      CAGUAS, PR 00726-9011


LCDA JOSE V ELAZQUEZ GRAU            LCDO PEDRO ORTIZ ALVAREZ LLC         LVNV Funding, LLC its successors and assigns
PO BOX 251                           PO BOX 9009                          assignee of Santander Financial
CAGUAS, PR 00726-0251                PONCE, PR  00732-9009                Services, Inc.
                                                                          Resurgent Capital Services
                                                                          PO Box 10587
                                                                          Greenville, SC 29603-0587

MARIBEL LABOY PADILLA                MR MANUEL ALVARADO                   MRT LAW OFFICES PSC
MC 65 BOX 6481                       PMB 289200 AVE RAFAEL CORDERO        PO BOX 7255
PATILLAS, PR  00723                  SUITE 140                            CAGUAS, PR  00726-7255
                                     CAGUAS, PR  00725
```

```
MUNICIPIO AUTONOMO DE CAGUAS          Navient Solutions, Inc. Department of Educat    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
DEPARTAMENTO DE FINANZAS              Loan Services                                   PO BOX 41067
APARTADO 907                          P.O. Box 9635                                   NORFOLK VA 23541-1067
CAGUAS, PR 00726-0907                 Wilkes-Barre, PA 18773-9635


SALLIE MAE                            SANTANDER                                       SAUL TORRES RIVERA
DEPARTMENT OF EDUCATION LOAN          BANCO SANTANDER                                 LCDO JAIME H BARCELO SOSA
PO BOX 9635                           PO BOX 362589                                   PO BOX 367546
WILKES- BARRE, PA  18773-9635         SAN JUAN, PR  00936-2589                        SAN JUAN, PR 00936-7546


SR EDWIN PAEZ HERNANDEZ               TOYOTA                                          Toyota Motor Credit Corporation
LCDA DALIANA M RAMOS ROSADO           TOYOTA CREDIT DE PR CORP                        c/o Becket and Lee LLP
PO BOX 9011                           PO BOX 71410                                    POB 3001
CAGUAS PR 00726-9011                  SAN JUAN, PR  00936-8510                        Malvern  PA 19355-0701


U. S. Department of Education         US DEPARTMENT OF EDUCATION                      JOSE A LEON LANDRAU
c/o FedLoan Servicing                 CONSOLIDATION DEPARTMENT                        LEON LANDRAU LAW OFFICE
P. O. Box 69184                       PO BOX 242800                                   PO BOX 1687
Harrisburg, PA   17106-9184           LOUISVILLE, KY  40224-2800                     CAGUAS, PR 00726-1687


JOSE RAMON CARRION MORALES            LUIS FRANCISCO GONZALEZ COLON                   MARILYN RODRIGUEZ RIOS
CHAPTER 13 TRUSTEE                    PMB 289200                                      PMB 289200
PO BOX 9023884                        AVE RAFAEL CORDERO SUITE 140                    AVE RAFAEL CORDERO SUITE 140
SAN JUAN, PR 00902-3884               CAGUAS, PR 00725-4155                           CAGUAS, PR 00725-4155


MONSITA LECAROZ ARRIBAS               NOREEN WISCOVITCH RENTAS
OFFICE OF THE US TRUSTEE (UST)        PMB 136
OCHOA BUILDING                        400 CALAF STREET
500 TANCA STREET  SUITE 301           SAN JUAN, PR 00918-1314
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC         BMW Financial Services NA, LLC                  (d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999                           P.O. Box 3608                                   PO Box 7999
St Cloud, MN 56302-9617               Dublin, OH 43016                                St Cloud MN 56302


PORTFOLIO RECOVERY ASSOCIATES LLC     (d)Portfolio Recovery Associates, LLC           End of Label Matrix
120 CORPORATE BLVD                    POB 12914                                       Mailable recipients    46
NORFOLK, VA  23502                    Norfolk VA 23541                                Bypassed recipients     0
                                                                                      Total                  46
```